AMERICAN WINDOW GLASS CO. v. ARNOLD.

(Circuit Court of Appeals, Seventh Circuit. January 7, 1908.)

No. 1,323.

In Error to the Circuit Court of the United States for the District of Indiana.

John W. Kern and L. B. Simmons, for plaintiff in error.
Pierre Gray and William J. Houck, for defendant in error.

Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. This is the companion case referred to in No. 1,322, American Window Glass Co. v. Noe, 158 Fed. 777. The assignments of error being the same that were there found untenable, the judgment is accordingly affirmed.